IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ALPHONZA LEONARD PHILLIP )
THOMAS, III, )
 )
        Petitioner, )
 )
v. ) 1:16CV524
 )
FRANK L. PERRY, )
 )
        Respondent. )

**JUDGMENT**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on October 20, 2016, was served on the parties in this action. No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED AND ADJUDGED that the Petition (Doc. 2) is DENIED and this action is DISMISSED.

Finding neither a substantial issue for appeal concerning the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, a certificate of appealability is not issued.

                                /s/   Thomas D. Schroeder
                              United States District Judge

November 16, 2016